KAMALA D. HARRIS
Attorney General of California
TYLER B. PON
Supervising Deputy Attorney General
WILFRED FONG
Deputy Attorney General
State Bar No. 154303
  1515 Clay Street, 20th Floor
  P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 622-2114
  Fax: (510) 622-2121
  E-mail: Wil.Fong@doj.ca.gov
*Attorneys for Defendant*
*Medical Board of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VAHE SARKISSIAN, M.D.,**<br><br>                      Plaintiff,<br><br>v.<br><br>**MEDICAL BOARD OF CALIFORNIA,**<br><br>                      Defendant | C11-01176 EMC<br><br>**(Proposed) ORDER GRANTING MOTION TO DISMISS BY DEFENDANT MEDICAL BOARD OF CALIFORNIA**<br><br>Date: June 29, 2011<br>Time: 10:30 a.m.<br>Courtroom: 5, 17th Floor<br>Judge    Hon. Edward M. Chen<br>Trial Date  None<br>Action Filed: March 10, 2011 |

    Defendant Medical Board of California's Motion to Dismiss came before the Court for hearing on June 29, 2011. For good cause appearing, the Motion to Dismiss is GRANTED, without leave to amend.

    Plaintiff's claim against the Medical Board of California is barred by the Eleventh Amendment.

    Plaintiff's action is also barred by the Younger Abstention doctrine, since there is a state administrative adjudication proceeding now pending against Plaintiff.

    Finally, the Medical Board is shielded by absolute quasi-prosecutorial immunity.

Accordingly, Defendant Medical Board of California's Motion to Dismiss, is GRANTED without leave to amend.

**SO ORDERED.**

Dated: _____

HON. EDWARD M. CHEN
United States District Court Judge