TANIA BETH ROSE (SBN 151514)
Attorney and Counselor
180 Montgomery St., Ste. 940
San Francisco, CA 94104
taniabethrose@gmail.com
415-986-1338 EXT 152
Attorney for Plaintiff VAHE SARKISSIAN, M.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHE SARKISSIAN, | ) Case No.: CV-01176 |
| | ) STIPULATED REQUEST TO AMEND |
| Plaintiff, | ) BRIEFING SCHEDULE AND |
| | ) HEARING DATE |
| vs. | ) |
| | ) |
| CALIFORNIA MEDICAL BOARD, et al., | ) Fed. R. Civ. P. 16 (b) |
| Defendants. | ) |
| | ) |

WHEREAS each of the parties believes that each of the following establishes good cause within the meaning of FRCP 16(b), to amend the briefing schedule:

1. Plaintiff Vahe Sarkissian, M.D., has been representing himself in propria persona, but as of June 20, 2011 has retained counsel Tania Rose to represent him in the above-referenced action;

2. On June 21, 2011, counsel Tania Rose spoke with Wilfred Fong, counsel for defendant Medical Board of California, who was amenable to modifying the briefing schedule and hearing date owing to the fact that counsel Tania Rose had just been retained;

3. Counsel discussed dates and Fong suggested the dates of August 1, 2011 for Plaintiff's responsive brief to be filed, August 15, 2011 for any reply brief to be filed;

4. Counsel re-communicated with one another regarding dates after electronic communication by Counsel Rose with Judge Chen's clerk regarding dates and availability;

THEREFORE, PLAINTIFF VAHE SARKISSIAN, M.D., THROUGH HIS COUNSEL, HEREBY MAKES THE FOLLOWING UNOPPOSED REQUEST SUBJECT TO THE COURT'S AVAILABILITY:

1. That the Court amend the present briefing schedule making Plaintiff's brief in response to defendant's motion to dismiss pursuant to Fed. R. Civ. P. 12 (b) (6) due to be filed August 10, 2011, any reply brief due to be filed August 17, 2011, and the hearing on the matter set for September 2, 2011.

Dated:

By: //Tania Beth Rose//
TANIA BETH ROSE

By: _____ 7/5/11
Wilfred Fong
ATTORNEY FOR DEFENDANT

**ORDER**

GOOD CAUSE APPEARING THEREFORE IT IS SO ORDERED.

Dated: _____

_____
HON. EDWARD CHEN
Judge of the U.S. District