TANIA BETH ROSE (SBN 151514)
Attorney and Counselor
180 Montgomery St., Ste. 940
San Francisco, CA 94104
taniabethrose@gmail.com
415-986-1338 EXT 152
Attorney for Plaintiff VAHE SARKISSIAN, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHE SARKISSIAN, ) | Case No.: CV-01176 |
| ) | |
| Plaintiff, ) | NOTICE OF DISMISSAL OF ACTION |
| ) | WITHOUT PREJUDICE |
| vs. ) | |
| ) | |
| CALIFORNIA MEDICAL BOARD, et al., ) | Fed. R. Civ. P. 41 a 1 A |
| Defendants. ) | |
| ) | |

Plaintiff Vahe Sarkissian, M.D. dismisses his claim in the above-referenced without prejudice.

Dated: August 10, 2011

By: //Tania Beth Rose//
    TANIA BETH ROSE
.